1262

No. 11–937. McLain v. United States. C. A. 8th Cir. Certiorari denied.

No. 11–944. Garcia Adames v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 11–957. PNH, Inc., et al. v. Alfa Laval Flow, Inc. Sup. Ct. Ohio. Certiorari denied.

No. 11–966. Morgan v. Hardy, Warden. C. A. 7th Cir. Certiorari denied.

No. 11–973. Moore v. State of Georgia Sexual Offender Registration Review Board. Ct. App. Ga. Certiorari denied.

No. 11–985. Puttick v. United States. C. A. 6th Cir. Certiorari denied.

No. 11–991. Hill v. Lawson Realty Co., dba Portsmouth Estates Associates. Sup. Ct. Va. Certiorari denied.

No. 11–1001. Sterling Chemicals, Inc., et al. v. Evans et al. C. A. 5th Cir. Certiorari denied.

No. 11–1005. Poulsen v. United States. C. A. 6th Cir. Certiorari denied.

No. 11–1012. Etherly v. Gaetz, Warden. C. A. 7th Cir. Certiorari denied.

No. 11–1029. Yielding v. United States. C. A. 8th Cir. Certiorari denied.

No. 11–6228. Thompson v. United States. C. A. 1st Cir. Certiorari denied.

No. 11–6580. Powell v. Massachusetts. Sup. Jud. Ct. Mass. Certiorari denied.

No. 11–6893. Pacheco v. California. Ct. App. Cal., 6th App. Dist. Certiorari denied.